## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## INTRODUCTION AND AGENT BACKGROUND

1.      I, Nicholas C. Rich, depose and make this affidavit in support of a criminal complaint and request for an arrest warrant against Bradley Bellfleur ("Bellfleur"), for the offense of possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a).

2.      I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been since February of 2008.  I am presently assigned to the Bangor, Maine, office and have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c).  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. During my employment with DEA, I have participated in numerous investigations relating to the distribution of controlled substances, including cocaine, heroin, fentanyl, methamphetamine, diverted pharmaceuticals, and other substances in violation of the federal anti-drug laws, including Title 21, United States Code, Sections 841 and 846. I have conducted or participated in, among other things, surveillance, the execution of search and arrest warrants, debriefings of informants and confidential sources, and reviews of recorded conversations relating to narcotics trafficking. I have authored drug-related search warrant requests and successfully executed such warrants resulting in the seizure of drugs and other contraband, including firearms. I have also assisted in the execution of numerous drug-related search and arrest warrants. I have received extensive training in the field of narcotics enforcement and investigations. I am

very familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the trafficking of illegal drugs.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested arrest warrant.

## **PROBABLE CAUSE**

4.      The DEA is conducting a criminal investigation of Bellfleur regarding violations of federal law, to include possession with intent to distribute federally controlled substances.

5.      In January of 2024, Bellfleur was on a number of conditions pursuant to a contract and court order admitting him into the Penobscot County Treatment Court, in Penobscot County Unified Criminal Court, Docket Number 2021-1161. Those conditions included a requirement that Bellfleur submit to random searches of his residence. He was also under the supervision of a probation officer and a case manager for the Treatment Court.

6.      On January 19, 2024, Special Agent Daniel Gastia with the Maine Drug Enforcement Administration ("MDEA") was contacted regarding an upcoming probation check of Bellfleur and was invited to assist. On January 23, 2024, at approximately 11:30 p.m., myself, SA Gastia, Bellfleur's probation officer, and other officers, all arrived at Bellfleur's residence and entered. Bellfeur's probation officer explained to Bellfleur that he would be conducting a probation search of the residence.

2

7.     SA Gastia searched a bedroom that Bellfleur identified as his own. In that bedroom were several items that appeared to be drug use paraphernalia. He also located an empty box for a scale, instructions for a safe, and separate instructions for a bag-style safe. SA Gastia did not locate a scale or a safe in that room.

8.     Bellfleur's probation officer, meanwhile, noted signs that a ceiling tile in the residence's bathroom had been moved. SA Gastia gained access to the area above the ceiling tile and found a scale, which appeared to match the brand of scale from the box in the bedroom. Additionally, SA Gastia retrieved a brown paper bag with drug paraphernalia items inside and a bag-style safe. Inside that bag safe, SA Gastia located several bags that appeared to contain controlled substances, including fentanyl. Officers then located another safe in the residence's living room. Inside that safe were several glass vials that contained additional suspected controlled substances.

9.     The suspected controlled substances were transported and further examined. Based on my training and experience, the appearance of the items, and the results of field testing completed by SA Gastia, I believe the substances seized from the bathroom included approximately 184 grams of substance containing fentanyl (including packaging), and approximately 3.9 grams of methamphetamine (including packaging). I believe the substances seized from the living room safe consisted of approximately 56 grams of substance containing fentanyl (including packaging). In my training and experience, the quantities of suspected controlled substances and the way those substances were packaged are consistent with drugs intended for distribution, as opposed to mere personal use.

10.   On January 26, 2024, myself and SA Gastia spoke with Bellfleur at the Penobscot County Jail. Following advisement of his Miranda rights, Bellfleur stated he was a "drug dealer" and acknowledged that he had possessed the drugs recovered from his residence.

**CONCLUSION**

11.   Based on the foregoing, I submit that there is probable cause to believe, and I do believe, that Bradley Bellfleur possessed with intent to distribute controlled substances in the District of Maine, on about January 23, 2024. I respectfully request that a criminal complaint be issued to support the arrest of Bradley Bellfleur and to charge him with a violation of 21 U.S.C. § 841(a).

Dated at Bangor, Maine this __27th__ day of February, 2024.

Nicholas Rich
Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date:   Feb 27 2024

City and state:   Bangor, ME

_Judge's signature_

John C Nivison U.S. Magistrate Judge

_Printed name and title_

4